UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE P. ROBINSON,

        Plaintiff,
v.                              Case No. 8:13-cv-1268-T-33EAJ

ERIC SHINSEKI, Secretary
of Veterans Affairs,

        Defendant.
_____/

## **ORDER**

    This matter is before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Elizabeth A. Jenkins (Doc. # 60), filed on July 15, 2014, recommending that *pro se* Plaintiff Annette P. Robinson's construed Motion to Proceed *In Forma Pauperis* (Doc. # 54) be denied.

    On July 29, 2014, Robinson filed an objection to the Magistrate Judge's Report and Recommendation. (Doc. # 64). On July 31, 2014, this Court entered an Order adjusting the deadline for Defendant, the Secretary of Veterans Affairs, to file a response to Robinson's objection. (Doc. # 65). If Defendant was to file a response, it was required to do so by August 5, 2014. (Id.). At this juncture, Defendant has failed

to file a response to Robinson's objection, and the time to do so has passed. Nonetheless, upon due consideration, the Court overrules Robinson's objection and adopts the Report and Recommendation.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file, and upon due consideration, the Court overrules the objection, accepts the factual findings and legal conclusions of the Magistrate Judge, and adopts the recommendation of the Magistrate Judge. The Report and Recommendation thoughtfully addresses the issues presented, and the objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 60) is **ADOPTED.**

(2) Plaintiff Annette P. Robinson's construed Motion to Proceed *In Forma Pauperis* (Doc. # 54) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 6th day of August, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record